## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF TEXAS

## EL PASO DIVISION

| | |
|---|---|
| In Re: | * |
| | * |
| MARTHA GARCIA | * |
| | *   BANKRUPTCY No. 12-31733 |
| | * |
| Debtor | * |
| | * |

## SUGGESTION OF DEATH OF MARTHA GARCIA

COMES NOW, the Debtor's attorneys to file a Suggestion of Death of Martha Garcia. She passed away on July 23, 2014. Any amendments or motion after the date of her death will simply reflect "deceased" on her signature line.

Respectfully Submitted,

_____
Edgar J. Borrego, SBN 00787107
Miguel A. Flores, SBN  24036574
Marissa A. Martinez, SBN  24087985
Attorneys for Debtor
TANZY & BORREGO LAW OFFICES
2610 Montana Avenue
El Paso, TX  79903-3712
(915) 566-4300
tanzy.borrego@566-live.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have mailed/delivered a true and correct copy of the foregoing instrument via electronic means as listed on the court's ECF noticing system or by regular first class mail to all listed below on this the __18__ day of __August__, 2014.

U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Stuart C. Cox, Chapter 13 Trustee
1760 N. Lee Trevino
El Paso, TX 79936

            _/s/ Marissa M._____
            Edgar J. Borrego/Miguel Flores/Marissa A. Martinez

TB#30849
tb/rmr

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
# VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
AUG 04 2014
**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER 142-14-104607**

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED | MARTHA GARCIA COOPER (Maiden) |
| 2. DATE OF DEATH (ACTUAL OR PRESUMED) | JULY 23, 2014 |
| 3. SEX | FEMALE |
| 4. DATE OF BIRTH | JULY 30, 1927 |
| 5. AGE | 86 |
| 6. BIRTHPLACE | EL PASO, TX |
| 7. SOCIAL SECURITY NUMBER | 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 |
| 8. MARITAL STATUS AT TIME OF DEATH | Widowed |
| 10a. RESIDENCE STREET ADDRESS | 2721 PERSHING DR |
| 10c. CITY OR TOWN | EL PASO |
| 10d. COUNTY | EL PASO |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 79903 |
| 10g. INSIDE CITY LIMITS | Yes |
| 11. FATHER'S NAME | GILBERT COOPER |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | ISABEL HOLMES |
| 13. PLACE OF DEATH | Other (Specify): DAUGHTER'S RESIDENCE |
| 14. COUNTY OF DEATH | EL PASO |
| 15. CITY/TOWN, ZIP | EL PASO 79903 |
| 16. FACILITY NAME | 211 S. BALBOA |
| 17. INFORMANT'S NAME & RELATIONSHIP | JOHN EDWARD GARCIA - SON |
| 18. MAILING ADDRESS OF INFORMANT | 1530 GEORGE DIETER # 6C, EL PASO, TX 79936 |
| 19. METHOD OF DISPOSITION | Cremation |
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR | NATHANIEL CONTRERAS, BY ELECTRONIC SIGNATURE - 115750 |
| 21. | Unknown |
| 22. PLACE OF DISPOSITION | MEMORIAL PINES CREMATORY |
| 23. LOCATION | SUNLAND PARK, NM |
| 24. NAME OF FUNERAL FACILITY | SAN JOSE FUNERAL HOME-CENTRAL |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY | 601 S. VIRGINIA ST., EL PASO, TX 79901 |
| 26. CERTIFIER | Certifying physician |
| 27. SIGNATURE OF CERTIFIER | JOSE LUIS PORRAS, BY ELECTRONIC SIGNATURE |
| 28. DATE CERTIFIED | JULY 28, 2014 |
| 29. LICENSE NUMBER | H3143 |
| 30. TIME OF DEATH | 11:30 PM |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | JOSE LUIS PORRAS 1810 MURCHISON #3RD FLOOR, EL PASO, TX 79902 |
| 32. TITLE OF CERTIFIER | MD |

**33. CAUSE OF DEATH**
- a. IMMEDIATE CAUSE: END STAGE CARDIAC DISEASE — Approximate interval: UNKNOWN

**PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:**
CORONARY ARTERY DISEASE, HYPERTENSION, DIABETES MELLITUS 2

- 34. WAS AN AUTOPSY PERFORMED? No
- 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? —
- 36. MANNER OF DEATH: Natural
- 37. DID TOBACCO USE CONTRIBUTE TO DEATH? No
- 38. IF FEMALE: Not pregnant within past year

| 42a. REGISTRAR FILE NO | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 0103119 | AUGUST 4, 2014 | REGISTRAR - EL PASO COUNTY CLERK, ELECTRONICALLY FILED |

EDR NUMBER 000001548743
VS-112 REV 1/2003
QA04755225
LHA

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED AUG 04 2014

GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE